UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 05-180 (MJD)

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                ORDER

Scott Harold Stroeing,

    Defendant.

---

It is hereby ordered that the defendant's objections and comments to the Presentence Report be filed with the U.S. Probation Office no later than February 3, 2006.

Date: January 23, 2006                    s/ Michael J. Davis
                                                  Honorable Judge Michael J. Davis